IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 09-cv-02322-REB-MEH | Date: May 10, 2010 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

DEXTER HARRIS, *Pro Se* (by telephone)

    Plaintiff,

vs.

MARK ALLEN MATTHEWS,     Joseph Sanchez

    Defendant.

# COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTIONS HEARING**

**Court in session:**     9:23 a.m.

Court calls case. Appearances of *pro se* Plaintiff and counsel.

The Court and Plaintiff discuss how long he will be at the Denver Justice Center.

Discussion and review of Defendant's Motion to Compel Plaintiff to Respond to Defendant's First Set of Interrogatories and Requests for Production of Documents and Motion to Extend Deadlines (Doc. #28, filed 4/30/10).

**ORDERED:** As stated on the record, Defendant's Motion to Compel Plaintiff to Respond to Defendant's First Set of Interrogatories and Requests for Production of Documents and Motion to Extend Deadlines (Doc. #28, filed 4/30/10) is GRANTED in part and DENIED in part. The Court will require Plaintiff to produce the information and documents requested by Defendant as discussed with the parties on the record.

    The following deadlines are extended:

- Discovery cutoff:     **June 1, 2010**
- Dispositive Motions:     **June 15, 2010**. Plaintiff's response to Defendant's dispositive motion will be due by **July 2, 2010.** Defendant's reply will be due by **July 12, 2010.**

Discussion and review of Defendant's responses to Plaintiff's interrogatories and Requests for Production of Documents.  Mr. Sanchez provides the Court with a copy of Defendant's supplemental responses to Plaintiff's interrogatories and Requests for Production of Documents.

**ORDERED:**  The Court will require Defendant to produce the information and documents requested by Plaintiff as discussed with the parties on the record.

**Court in recess:**     10:07 a.m.  **(Hearing concluded)**
**Total time in court:**  0:50