IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02322-REB-MEH

DEXTER HARRIS,

    Plaintiff,

v.

MARK ALLEN MATTHEWS, Denver Police Detective,

    Defendant.

## MINUTE ORDER

**Entered by United States Magistrate Judge Michael E. Hegarty on May 17, 2010.**

    Defendant's Motion to Allow Deposition of Dexter Harris Pursuant to Fed. R. Civ. P. 30(a)(2) [filed May 14, 2010; docket #33] is **granted**. Defendant may take the deposition of Dexter Harris on May 21, 2010, in accordance with the arrangements set forth in Defendant's motion.