**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02322-REB-MEH

DEXTER HARRIS

    Plaintiff,

v.

MARK ALLEN MATTHEWS, Denver Police Detective,

    Defendant.

## MINUTE ORDER[1]

The matter comes before the court on **Plaintiff's Motion For Summary Judgment** [#53] filed August 17, 2010. The motion is **DENIED**. The dispositive motion deadline of July 14, 2010, has passed.

    Dated: August 18, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.