IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02322-REB-MEH

DEXTER HARRIS,

    Plaintiff,

v.

MARK ALLEN MATTHEWS, Denver Police Detective,

    Defendant.

## MINUTE ORDER

**Entered by United States Magistrate Judge Michael E. Hegarty on September 23, 2010.**

    Plaintiff's Motion to Enter Default Judgment Against Defendant for Failure to Respond or Defend Pursuant to Federal Rules of Civil Procedure 55 [filed September 20, 2010; docket #72], construed as a motion for entry of default pursuant to Fed. R. Civ. P. 55(a), is **denied**. Judgment was entered in favor of Defendant on August 23, 2010 and the case was closed. Plaintiff provides no legal support for the propriety of seeking entry of default after the entry of judgment in a case and the Court has found none. Notably, Plaintiff has recently filed post-judgment motions in this case. *See* dockets #74 and #75.