**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-02322-REB-MEH

DEXTER HARRIS

      Plaintiff,

v.

MARK ALLEN MATTHEWS, Denver Police Detective,

      Defendant.

## MINUTE ORDER[1]

      The matter is before the court on defendant's **Motion To Establish Briefing Schedule on Remand** [#90] filed April 25, 2011.  After reviewing the motion and the file, the court has concluded that the motion should be granted.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Motion To Establish Briefing Schedule on Remand** [#90] filed April 25, 2011, is **GRANTED**;

      2.  That defendant Mark Allen Matthews shall have until **May 27, 2011**, in which to file a motion for summary judgment addressing the plaintiff's claim for mental and emotional damages;

      3.  That the response and reply to the motion for summary judgment shall be marshaled under D.C.COLO.LCivR 7.1.C;

      4.  That on **June 1, 2011**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set the Trial Preparation Conference and jury trial in this matter; and

      5.  That counsel for the defendant shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

      Dated:  April 26, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.